# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 406TH JUDICIAL DISTRICT COURT OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on May 13, 2015, the cause upon appeal to revise or reverse your judgment between

Texas Mutual Insurance Company, Appellant

V.

Noel Vasquez, Appellee

No. 04-14-00295-CV and Tr. Ct. No. 2013CVT000531D4

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's memorandum opinion of this date, the plea to the jurisdiction is GRANTED, and the claims against Texas Mutual Insurance Company are DISMISSED. The trial court's December 18, 2013 order titled, "Amended Order on Intervenor's Motion to Compel Compensation Carrier to Provide Benefits and Petition for Bad Faith," is VACATED. It is ORDERED that Appellant Texas Mutual Insurance Company of Texas recover its costs of appeal from Appellee Noel Vasquez.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 22, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00295-CV

### Texas Mutual Insurance Company

**v.**

### Noel Vasquez

(NO. 2013CVT000531D4 IN 406TH JUDICIAL DISTRICT COURT OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | STEPHEN PAUL CARRIGAN |
| MOTION FEE | $10.00 | E-PAID | STEPHEN PAUL CARRIGAN |
| REPORTER'S RECORD | $295.00 | UNKNOWN | GRAVES DOUGHERTY HEARON & MOODY |
| CLERK'S RECORD | $207.00 | PAID | MARY A. KEENEY |
| INDIGENT | $25.00 | E-PAID | MARY KEENEY |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | MARY KEENEY |
| FILING | $100.00 | E-PAID | MARY KEENEY |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | MARY KEENEY |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this July 22, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853